# ELECTRONIC RECORD

COA # 10-13-00414-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Daymond Lamont Stewart v. The State of Texas

COUNTY: Falls

TRIAL COURT: 82nd District Court

_____ MOTION

TRIAL COURT #: 9225

FOR REHEARING IS: _____

TRIAL COURT JUDGE: Hon. Robert M. Stem

DATE: _____

DISPOSITION: AFFIRMED

JUDGE: _____

DATE: November 13, 2014

JUSTICE: Scoggins     PC _____ S YES _____

PUBLISH: _____     DNP: YES _____

CLK RECORD: 12/16/2013 - 2 volumes

SUPP CLK RECORD: _____

RPT RECORD: 1/15/2014 - 8 volumes

SUPP RPT RECORD: _____

STATE BR: 9/30/2014

SUPP BR: _____

APP BR: 4/21/2014

PRO SE BR: _____

# IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**

CCA # **1643-14**

\- - - - - - - - - - - - - - - - - - - -

_____ **APPELLANT'S** Petition

Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

**REFUSED**

JUDGE: _____

DATE: **04/01/2015**

JUDGE: *Per Curiam*

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

\- - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN

MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____

_____ ON _____

JUDGE: _____

JUDGE: _____